UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

2007 SEP 27  AM 9: 34

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Magistrate Docket No. |
| | ) **07 MJ 2328** |
| Plaintiff, | ) |
| | ) COMPLAINT FOR VIOLATION OF: |
| v. | ) |
| | ) Title 8, U.S.C., Section 1326 |
| **Jose Aldo GARCIA-Gama,** | ) Deported Alien Found in the |
| **AKA: Jack Lawrence NORMAN** | ) United States |
| | ) |
| Defendant | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **September 26, 2007** within the Southern District of California, defendant, **Jose Aldo GARCIA-Gama, AKA: Jack Lawrence NORMAN,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **27th** DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jose Aldo GARCIA-Gama**
**AKA: Jack Lawrence NORMAN**

### PROBABLE CAUSE STATEMENT

On September 26, 2007, at approximately 1:40 A.M., Border Patrol Agent S. Lebron was advised by the inside scope operator, Supervisory Border Patrol Agent M. Dreyer, that he had observed two individuals cross the international boundary fence and run north into some brush in an area known as East Smugglers. East Smugglers is approximately three miles west of the San Ysidro, California Port of Entry and 200 yards north of the United States/Mexico International Boundary Fence. The inside scope operator guided Agent Lebron to one of the individual's, who was later identified as the defendant **Jose Aldo GARCIA-Gama AKA: Jack Lawrence NORMAN**, location. Agent Lebron approached the defendant and identified himself as a Border Patrol Agent and questioned him as to his country and citizenship and nationality. The defendant freely admitted to being a citizen and national of Mexico and that he did not possess any immigration documents allowing him to be or remain in the United States legally. The defendant was arrested and transported to the Imperial Beach Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico on January 26, 2006** through **Nogales, Arizona.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.