

07 OCT 30 PM 12: 25

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 2969 H |
| Plaintiff, | **INDICTMENT** |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JOSE ALDO GARCIA-GAMA, aka Jack Lawrence Norman, | |
| Defendant. | |

The grand jury charges:

On or about September 26, 2007, within the Southern District of California, defendant JOSE ALDO GARCIA-GAMA, aka Jack Larence Norman, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the

//

CJB:fer:San Diego
10/29/07

border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant JOSE ALDO GARCIA-GAMA, aka Jack Larence Norman, was removed from the United States subsequent to December 17, 1998.

DATED: October 30, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney