| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | DALE BLANKENSHIP |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 235960 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6199 |
|   | Facsimile: (619) 235-2757 |
| 6 | Email: dale.blankenship@usdoj.gov |
| 7 | Attorneys for Plaintiff |
|   | United States of America |
| 8 | |

9   UNITED STATES DISTRICT COURT

10  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07cr2969-H |
|    | ) | |
| 12 | Plaintiff, ) | |
|    | ) | NOTICE OF APPEARANCE |
| 13 | v. ) | |
|    | ) | |
| 14 | JOSE ALDO GARCIA-GAMA, ) | |
|    |   aka: Jack Lawrence Norman, ) | |
| 15 | ) | |
|    | Defendant. ) | |
| 16 | ) | |

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

24  activity in this case:

25      <u>Name</u> (If none, enter "None" below)

26      Dale Blankenship

27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   November 5, 2007.

                                                  Respectfully submitted,

                                                  KAREN P. HEWITT
                                                  United States Attorney

                                                  s/ Dale Blankenship
                                                  _____
                                                  DALE BLANKENSHIP
                                                  Assistant United States Attorney
                                                  Attorneys for Plaintiff
                                                  United States of America