**DEBRA A. DiIORIO**
California Bar No. 138018
**DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
San Diego, California  92101
Telephone: (619) 544-1451
Facsimile: (619) 544-1473

Attorneys for Defendant **Jack Norman**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>JACK NORMAN,<br>   charged as:<br>JOSE ALDO GARCIA-GAMA,<br>        Defendant. | Criminal Case No. 07-CR-2969-H<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY REQUESTED by the parties in the case, defendant Jack Norman, by and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's Office, by and through Assistant United States Attorney DALE BLANKENSHIP, that the sentencing hearing in the above-entitled case, scheduled for February 19, 2008, at 9:00 a.m., be continued until March 24, 2008, at 9:00 a.m. The parties further agree that the time between February 19, 2008, until March 24, 2008, is excludable under the Speedy Trial Act, until acceptance of the plea agreement.

Mr. Norman is in custody.

A proposed order with respect to this joint motion is being submitted directly to the court.

//

//

//

1
2
3
4
5  Date: January 10, 2008          s/Dale Blankenship
                                  **DALE BLANKENSHIP**
6                                 Assistant United States Attorney

7
8  Date: January 10, 2008          s/. Debra A. DiIorio
                                  **DEBRA A. DiIORIO**
                                  **DiIorio & Hall, APC**
9                                 Attorneys for Defendant
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1  **DEBRA A. DiIORIO**
California Bar No. 138018
2  **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3  San Diego, California  92101
Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Norman

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-2969-H |
| Plaintiff, ) | |
| v. ) | |
| JACK NORMAN, ) | **CERTIFICATE OF SERVICE** |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action.  I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Marilyn L. Huff efile_Huff@casd.uscourts.gov

Assistant United States Attorney Dale.Blankenship@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2008.

/s/   Debra A. DiIorio
DEBRA A. DiIORIO

3