# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-CR-2969-H |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING HEARING** |
| **JACK NORMAN,** charged as: Jose Aldo Garcia Gama | |
| Defendant. | |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for February 19, 2008 at 9:00 a.m., be continued until **March 24, 2008, at 9:00 a.m.**  The Court finds that the time between February 19, 2008, until March 24, 2008, is excluded under the Speedy Trial Act, until acceptance of the plea agreement.  The Defendant is currently in custody.

DATED: January 16, 2008

MARILYN L. HUFF, District Judge
United States District Court