1  **DEBRA A. DiIORIO**
California Bar No. 138018
2  **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3  San Diego, California 92101
Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Jack Norman**

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                     (HONORABLE MARILYN L. HUFF)

10 | UNITED STATES OF AMERICA,    )    Criminal Case No. 07-CR-2969-H
                                  )
11 |             Plaintiff,       )
                  v.              )    **JOINT MOTION TO CONTINUE**
12 |                              )    **SENTENCING HEARING**
   | **JACK NORMAN,**             )
13 |   charged as:                )
   | JOSE ALDO GARCIA-GAMA,       )
14 |             Defendant.       )
                                  )
15

16
        IT IS HEREBY REQUESTED by the parties in the case, defendant Jack Norman, by
17
and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's Office, by
18
and through Assistant United States Attorney DALE BLANKENSHIP, that the sentencing
19
hearing in the above-entitled case, scheduled for March 24, 2008, at 9:00 a.m., be continued
20
until May 12, 2008, at 9:00 a.m. The parties further agree that the time between March 24,
21
2008, until May 12, 2008, is excludable under the Speedy Trial Act, until acceptance of the
22
plea agreement.
23
        Mr. Norman is in custody.
24
        A proposed order with respect to this joint motion is being submitted directly to the
25
court.
26
//
27
//
28
//

| | | |
|---|---|---|
| Date: March 19, 2008 | | s/Dale Blankenship |
| | | **DALE BLANKENSHIP** |
| | | Assistant United States Attorney |
| | | |
| Date: March 19, 2008 | | s/. Debra A. DiIorio |
| | | **DEBRA A. DiIORIO** |
| | | **DiIorio & Hall, APC** |
| | | Attorneys for Defendant |

1  **DEBRA A. DiIORIO**
California Bar No. 138018
2  **DiIORIO & HALL, APC**
964 Fifth Avenue, Suite 214
3  San Diego, California 92101
Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Norman

6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9                 (HONORABLE MARILYN L. HUFF)

10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-2969-H
11 |                Plaintiff,  ) |
12 |        v.                  ) |
   |                            ) | **CERTIFICATE OF SERVICE**
13 | **JACK NORMAN,**           ) |
   |                Defendant.  ) |
14 |                            ) |

15        IT IS HEREBY CERTIFIED THAT:

16        I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.
17

18        I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.
19
20

21        Judge Marilyn L. Huff  efile_Huff@casd.uscourts.gov

22        Assistant United States Attorney  Dale.Blankenship@usdoj.gov

23        I declare under penalty of perjury that the foregoing is true and correct.

24 Executed on March 19, 2008.

25
                        /s/   Debra A. DiIorio
26                      DEBRA A. DiIORIO

27

28