# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07-CR-2969-H |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| **JACK NORMAN,** ) | |
| charged as: Jose Aldo Garcia Gama ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for March 24, 2008 at 9:00 a.m., be continued until May 12, 2008, at 9:00 a.m. The Court finds that the time between March 24, 2008, until May 12, 2008, is excluded under the Speedy Trial Act, until acceptance of the plea agreement.

DATED: March 20, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT