1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant **Jack Norman**

6

7                    UNITED STATES DISTRICT COURT

8                   SOUTHERN DISTRICT OF CALIFORNIA

9                    (HONORABLE MARILYN L. HUFF)

10 | UNITED STATES OF AMERICA,     )   Criminal Case No. 07-CR-2969-H
                                   )
11 |              Plaintiff,       )
                v.                 )   **JOINT MOTION TO CONTINUE**
12 |                               )   **SENTENCING HEARING**
     **JACK NORMAN,**              )
13 |    charged as:                )
     JOSE ALDO GARCIA-GAMA,        )
14 |              Defendant.       )
                                   )

15

16
        IT IS HEREBY REQUESTED by the parties in the case, defendant Jack Norman, by
17
   and through his counsel, DEBRA A. DiIORIO, and the United States Attorney's Office, by
18
   and through Assistant United States Attorney DALE BLANKENSHIP, that the sentencing
19
   hearing in the above-entitled case, scheduled for August 11, 2008, at 9:00 a.m., be continued
20
   until October 6, 2008, at 9:00 a.m. The parties further agree that the time between August 11,
21
   2008, until October 6, 2008, is excludable under the Speedy Trial Act, until acceptance of the
22
   plea agreement.
23
        Mr. Norman is in custody.
24
        A proposed order with respect to this joint motion is being submitted directly to the
25
   court.
26
   //
27
   //
28
   //

1
2
3
4
5  Date: July 21, 2008                s/Dale Blankenship
                                      **DALE BLANKENSHIP**
6                                     Assistant United States Attorney

7
   Date: July 21, 2008                s/. Debra A. DiIorio
8                                     **DEBRA A. DiIORIO**
                                      **DiIorio & Hall, APC**
9                                     Attorneys for Defendant

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **DEBRA A. DiIORIO**
   California Bar No. 138018
2  **DiIORIO & HALL, APC**
   964 Fifth Avenue, Suite 214
3  San Diego, California  92101
   Telephone: (619) 544-1451
4  Facsimile: (619) 544-1473

5  Attorneys for Defendant Norman

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>           Plaintiff,                 )<br>                                      )<br>     v.                               )<br>                                      )<br>**JACK NORMAN,**                          )<br>           Defendant.                 )<br>_____) | Criminal Case No. 07-CR-2969-H<br><br><br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, DEBRA A. DiIORIO, am a citizen of the United States and am at least eighteen years of age.  My business address is 964 Fifth Avenue, Suite 214, San Diego, California, 92101.

I am not a party to the above-entitled action.  I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Judge Marilyn L. Huff efile_Huff@casd.uscourts.gov

Assistant United States Attorney Dale.Blankenship@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008.

/s/   Debra A. DiIorio
DEBRA A. DiIORIO