# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JACK NORMAN,**<br>charged as: Jose Aldo Garcia-Gama<br><br>　　　　　　Defendant. | Criminal Case No. 07-CR-2969-H<br><br>**ORDER CONTINUING<br>SENTENCING DATE** |

**IT IS HEREBY ORDERED** that the sentencing hearing previously scheduled for August 11, 2008 at 9:00 a.m., be continued until **October 6, 2008, at 9:00 a.m.** The Court finds that the time between August 11, 2008, until September 29, 2008, is excluded under the Speedy Trial Act, until acceptance of the plea agreement. The Defendant is currently in custody.

**SO ORDERED.**

DATED: July 22, 2008

_[signature]_
HON. MARILYN L. HUFF
U.S. DISTRICT JUDGE